DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone (415) 431-3472
Facsimile  (415) 552-2703
doronweinberg@aol.com

Attorneys for Defendant
REED OLSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.   CR-06-00346 DLJ |
| ) Plaintiff, ) | |
| ) vs. ) | **STIPULATION PERMITTING TRAVEL OUTSIDE DISTRICT; ~~PROPOSED~~ ORDER** |
| ) REED C. OLSON, et. al., ) ) Defendants. ) _____ ) | |

IT IS HEREBY STIPULATED between the parties, Doron Weinberg, attorney for defendant Reed C. Olson, and George L. Bevan, attorney for plaintiff, United States of America, that defendant Reed C. Olson be permitted to travel from the Northern District of California on Friday, October 6, 2006 to Boise, ID, for the purpose of assisting his girlfriend, Brandy Lindstrum in settling the affairs of her father, who recently passed away. Mr. Olson will return to the Northern District of California by Sunday, October 8, 2006.

In addition, Mr. Olson has contacted Pretrial Services and they have indicated that they have no objection to his requested travel. He will provide them with a full itinerary before October 6 and, will adhere to any rules that may be set for him while he is away.

WEINBERG & WILDER

Dated:   October 3, 2006        By:   /s/ Doron Weinberg
                                      DORON WEINBERG

Stipulation Permitting Travel Outside
District; ~~Proposed~~ Order                    1

1
2
3  Dated:  October 3, 2006                    /s/ George L. Bevan
4                                             GEORGE L. BEVAN
                                              Assistant United States Attorney
5
   **IT IS SO ORDERED:**
6
7
8  Dated:  October 3, 2006

                                              IT IS SO ORDERED
                                              /s/ Wayne D. Brazil
                                              Judge Wayne D. Brazil

9                                             HONORABLE WAYNE D. BRAZIL
                                              United States Magistrate Judge
                                              Northern District of California
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  Stipulation Permitting Travel Outside
    District; ~~Proposed~~ Order                    2