1  DORON WEINBERG (SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone (415) 431-3472
   Facsimile  (415) 552-2703
4  doronweinberg@aol.com

5  Attorneys for Defendant
   REED OLSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **Case No.   CR-06-00346 DLJ** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION PERMITTING TRAVEL OUTSIDE DISTRICT; PROPOSED ORDER** |
| REED C. OLSON, et. al., | ) | |
| Defendants. | ) | |

　　IT IS HEREBY STIPULATED between the parties, Doron Weinberg, attorney for defendant Reed C. Olson, and George L. Bevan, attorney for plaintiff, United States of America, that defendant Reed C. Olson be permitted to travel from the Northern District of California on Thursday, November 2, 2006 to Boise, ID, for the purpose of assisting his girlfriend, Brandy Lindstrum in settling the affairs of her father, who recently passed away. Mr. Olson will return to the Northern District of California on Sunday, November 5, 2006.

　　In addition, Mr. Olson will provide Betty Kim, his Pretrial Services Officer, with a full itinerary before November 2 and, will adhere to any rules that may be set for him while he is away.

　　　　　　　　　　　　　　　　　　　　　　WEINBERG & WILDER

Dated:   October 30, 2006　　　　　　By:   /s/ Doron Weinberg
　　　　　　　　　　　　　　　　　　　　　　DORON WEINBERG

Stipulation Permitting Travel Outside
District; Proposed Order　　　　　　　　　1

Dated:   October 30, 2006

　　/s/ George L. Bevan
GEORGE L. BEVAN
Assistant United States Attorney

**IT IS SO ORDERED:**

Dated:  October 31, 2006

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge
Northern District of California

Stipulation Permitting Travel Outside District; Proposed Order          2