|   |   |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 |   |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | GEORGE L. BEVAN, JR. (CSBN 65207)<br>Assistant United States Attorney |

**FILED**

NOV 1 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: 510-637-3689

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-06-00346-DLJ |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CALENDARING DATE FOR<br>) CHANGE OF PLEA |
| REED OLSON, | ) |
| Defendant. | ) |

The United States and the defendant, through their respective counsel, jointly stipulate and respectfully request the Court to calendar this matter for change of plea on **Wednesday, November 22, 2006, at 10:30 a.m.** The defendant is not in custody.

Dated: 11/15/06

_____
GEORGE L. BEVAN JR.
United States Attorney

Dated: 11-15-06

_____
DORON WEINBERG, ESQ.
Attorney for Defendant Reed Olson

IT IS SO ORDERED.

Dated: 11-16-06

D. LOWELL JENSEN
United States District Judge

STIPULATION TO CALENDAR
FOR CHANGE OF PLEA                    2