```
                                           FILED
                                        FEB 7 - 2007    FILED
1  DORON WEINBERG (SBN 46131)                         FEB 7 - 2007
   WEINBERG & WILDER                  RICHARD W. WIEKING
2  523 Octavia Street                 CLERK, U.S. DISTRICT COURT  RICHARD W. WIEKING
   San Francisco, CA 94102            NORTHERN DISTRICT OF CALIFORNIA  U.S. DISTRICT COURT
3  Telephone (415) 431-3472                      OAKLAND  NORTHERN DISTRICT OF CALIFORNIA
   Facsimile  (415) 552-2703                                          OAKLAND
4  doronweinberg@aol.com
```

Attorneys for Defendant
REED OLSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  CR-06-00346 DLJ |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION PERMITTING TRAVEL OUTSIDE DISTRICT; ~~PROPOSED~~ ORDER |
| REED C. OLSON, et. al., | ) | |
| Defendants. | ) | |

   IT IS HEREBY STIPULATED between the parties, Doron Weinberg, attorney for defendant Reed C. Olson, and George L. Bevan, attorney for plaintiff, United States of America, that defendant Reed C. Olson be permitted to travel from the Northern District of California on Friday, February 16, 2007 to Boise, ID, for the purpose of assisting his girlfriend, Brandy Lindstrum in further settling the affairs of her father, who passed away in September 2006. Mr. Olson will return to the Northern District of California on Sunday, February 18, 2007.

   In addition, Mr. Olson will provide Betty Kim, his Pretrial Services Officer, with a full itinerary before February 16 and, will adhere to any rules that may be set for him while he is away.

                                    WEINBERG & WILDER

Dated: February 6, 2007              By:  /s/ Doron Weinberg
                                         DORON WEINBERG

Stipulation Permitting Travel Outside
District; Proposed Order                      1

*[handwritten note: cc: WMB's Stats, Copy to parties via ct, Pretrial, Financial, Frances]*

1
2
3  Dated: February 6, 2007            /s/ George L. Bevan
                                     GEORGE L. BEVAN
4                                    Assistant United States Attorney
5
   **IT IS SO ORDERED:**
6
7
8  Dated: 2/7/07
                                     _____
9                                    HONORABLE WAYNE D. BRAZIL
                                     United States Magistrate Judge
10                                   Northern District of California
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  Stipulation Permitting Travel Outside
    District; Proposed Order                        2